UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SHAHEEN AL SALIHI, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Defendants. | No. 5:25-cv-00743-DSF-DTB<br><br>ORDER RE: *EX PARTE* APPLICATION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT<br><br>Hon. Dale S. Fischer<br>United States District Judge |

Having considered the *ex parte* application of the Defendants, and finding good cause therefor, IT IS HEREBY ORDERED that:

1. The *ex parte* application is GRANTED; and

/ / /

/ / /

/ / /

/ / /

2. Defendants' time to respond to the Complaint is extended 60 days, up to and including August 7, 2025.

Dated: June 27, 2025

Dale S. Fischer

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE